**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

KIMBERLY FELLNER and                                                      PLAINTIFFS
RANDY RICE, TRUSTEE

v.                                        No. 4:10CV01977 JLH

KROGER LIMITED PARTNERSHIP I                                             DEFENDANT

<u>**ORDER**</u>

Plaintiffs' motion to correct misnomer is GRANTED.  Document #5.  The Clerk is directed

to correct the style of the case to reflect Kroger Limited Partnership I as the correct party defendant.

IT IS SO ORDERED this 10th day of December, 2010.


_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE